## McBurnett v. The State.

ALMAND, Justice. The ruling of this court in *Parks, alias Alexander,* v. *State,* 206 *Ga.* 675 (58 S. E. 2d, 142), controls in every essential detail the questions raised in the case at bar, and requires that the judgment of the trial court be, and it is hereby,

*Affirmed. All the Justices concur.*
No. 17054. MAY 8, 1950.

*Hicks & Culbert,* for plaintiff in error.
*W. T. Maddox, Solicitor-General,* contra.